UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CIV - HURLEY

TANENA LOVE

    Plaintiff,

00 - 6080

v.

BARBRA WILLIAMS individually, and the
CITY OF LAUDERHILL, a Florida
Municipal corporation

LYNCH

Defendats.

_____/

## COMPLAINT
### INTRODUCTORY STATEMENT

1. This is a civil action seeking money damages against Barbara Williams individually, for acts occurring during the course and scope of her employment as a law enforcement officer for Defendant CITY OF LAUDERHILL, for committing acts, under color of law, which deprived Plaintiff of rights secured under the Constitution, laws of the United States, and the State of Florida, and for refusing or neglecting to prevent such deprivations and denials to Plaintiff. Plaintiff alleges that Defendant Barbara Williams unlawfully caused the arrest and detention of Plaintiff further alleges that the unlawful arrest of Plaintiff was proximately caused by the custom, policy, and practices of Defendant CITY OF LAUDERHILL, and the CITY OF LAUDERHILL police department. Plaintiff further alleges that Defendant CITY OF LAUDERHILL is liable for common law false imprisonment, insofar as the wrongful



acts of Defendant Barbara Williams occurred within the course and scope of her employment as a law enforcement officer for Defendant CITY OF LAUDERHILL. Plaintiff alternatively alleges that if the acts or omissions of Defendant Barbara Williams occurred outside the course and scope of her employment or were committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property, that the false arrest and false imprisonment of Plaintiff was committed by Defendant Barbara Williams in her individual capacity.

2. Plaintiff has fully complied with all conditions precedent to bringing this action imposed by the laws of the State of Florida, and particularly by the provisions of 768.28 of the Florida Statues. A copy of Plantiff's notice letters and return correspondences are attached hereto, and made a part hereof, as composite Exhibit "A".

## PARTIES

3. Plaintiff Tanena Love is a citizen and resident of Broward County, State of Florida, and the United States of America.

4. At all times referred to herein, Defendant Barbara Williams [hereinafter Barbara Williams or Defendant Barbara Williams] was assigned to supervisory responsibilities as a police officer for Defendant CITY OF LAUDERHILL, in such capacity as an agent, servant and employee of

Defendant CITY OF LAUDERHILL and the CITY OF LAUDERHILL Police Department.

5. Defendant CITY OF LAUDERHILL [hereinafter Defendant CITY or Defendant CITY OF LAUDERHILL] is a Florida municipal corporation, organized and existing under the laws of the State of Florida, located in Broward County, Florida. In this cause, Defendant CITY OF LAUDERHILL acted through its agents, employees, and servants including Defendant Barbara Williams, and others.

6. Plaintiff sues Defendant Barbara Williams in her individual capacity.

## FACTS COMMON TO ALL COUNTS

7. On January 19, 1996, Plaintiff called the Lauderhill Police to come to her residence at 2211 NW 55th Terrace, Lauderhill, Florida, because neighbors were using drugs in front of her home, and used Plaintiff's car to sit on while using drugs (appeared to be the substance crack).

8. Police came to the residence. Plaintiff did not want the drug users to know she had called because she feared great harm. (Plaintiff was beaten by same drug users before in a separate incident).

9. Police knock on Plantiff's door, and said: "OPEN THE DOOR", and Plaintiff "whispered wrong door".

10. Police again said: "OPEN THE DOOR"; then proceeded to break the door down, and ran the Plaintiff through her home and tackled her down to the floor in front of Plaintiff's 11 year old daughter.

11. Police then handcuffed Plaintiff and dragged her body into a police car, all this was witnessed by neighbors and family.

12. Plaintiff was then taken to Florida Medical Center to the sick unit, for 8 (eight) hours.

13. Upon admission to the Florida Medical Center, police informed the staff, that the Plaintiff was on the phone talking to GOD, and hovering in the corner.

14. During Plaintiff's stay in the Florida Medical Center she was given drugs against her will and without her permission.

c/o BARBARA WILLIAMS INDIVIDUALLY, AND THE City of LAUDERHILL, A FLORIDA Municipal Corporation

TANENA LOVE,

JS 44
(Rev 12/96)

# CIVIL COVER SHEET       CIV - HURLEY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

TANEKA LOVE
2211 N.W. 55 TERR
LAUDERHILL FLA 33313

**DEFENDANTS**

GARCIA ... AND INDIVIDUALLY AND THE CITY OF LAUDERHILL, FLORIDA MUNICIPAL CORPORATION

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

L-NORTH-6080 HURLEY/LYNCH

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-733-2844
TANEKA LOVE
2211 NW 55 TERR
LAUDERHILL FLA 33313

ATTORNEYS (IF KNOWN)
MAGISTRATE JUDGE
LYNCH

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ⊙ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ⊙ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 USC 1983

LENGTH OF TRIAL
via 10 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**    JUDGE _____   DOCKET NUMBER _____

DATE  1-18-00
SIGNATURE OF ATTORNEY OF RECORD  /s/ Taneka Love

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____