UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6080

CIV - HURLEY

TANENA LOLE
PLAINTIFF

v.

BARBRA WILLIAMS INDIVIDUALLY
AND THE CITY OF LAUDERHILL, OF FLORIDA
Municipal Corporation
DEFENDATS,

LYNCH

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __TANENA LOLE__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: 1-18-00

Signature

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

1. _____, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

_____

_____

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

Are you presently employed?  Answer: _____

a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

LAST EMPLOYER 20 YRS AGO Billy Hains, min. wage

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?  Answer: __NO__

a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?    Answer: __YES__

   a. If answer is "yes", state the total value of the items owned.
      __-0-__

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?    Answer: __yes__

   a. If answer is "yes", describe property and state approximate value.
      __CAR LESS Than 2 thousand   House NOT paid for__

5. List the persons who are dependent upon you for support and state your relationship to those persons.
   __Child - Christal Lue Carson - daughter__

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

X __Janeka__
      Signature

SUBSCRIBED AND SWORN TO before me this __18__ day of __Jan, 2000__

__R. Jackson__

RHONDA LOWE-JACKSON
MY COMMISSION # CC 716866
EXPIRES: February 16, 2002
Bonded Thru Notary Public Underwriters