UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6080-CIV-HURLEY

TANENA LOVE
   Plaintiff,

v.

BARBARA WILLIAMS, etc., etal.,
The city of Lauderhill Police Station;
A Florida Municipal Corporation

DEFENDENTS

_____/



## MOTION FOR DEFAULT

1. Served personally upon the Defendants, by Plaintiff. Place where served, Lauderhill Police Station.

2. Returned unexecuted. Refused service (1-26-00) at Lauderhill Police Station twice, and once refused complaint by Lauderhill City Hall.

3. Refused on behalf of Lauderhill Police Department (1-26-00) by Carla Villfana.

4. Your Honor, I am asking for judgment by default, the Defendents failed to answer summon.


cc: Barbara Williams (individually)

The City of Lauderhill a Florida Municipal Corporation (Police Department)

Date  3-23-00                                   Tanena Love  (signature)

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

TANENA LOVE
PLAINTIFF,

V.

BARBRA WILLIAMS (POLICE OFFICER)
INDIVIDUALLY,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV - HURLEY

00-6080

MAGISTRATE JUDGE
LYNCH

COPY

TO: (Name and address of defendant)

BARBRA WILLIAMS (POLICE OFFICER)
INDIVIDUALLY

1982 BL ACE (POLICE STATION)
Lauderhill FLA 33313

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TANENA LOVE
2211 N.W. 55 TERR.
LAUDERHILL FLA. 33313

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

1-18-00

_____     _____
CLERK                                                         DATE

_____
(BY) DEPUTY CLERK