UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Tanena Love,

    Plaintiff(s),

v.

**Barbara Williams and City of Lauderhill,**
,

    Defendant(s).
_____/

CASE NO. 00-6080-cv-Hurley

FILED by _____ D.C.

Mar 24, 2000

CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Barbara Williams and City of Lauderhill,**, are not in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default hereby entered against defendant(s) Barbara Williams and City of Lauderhill,, as of course, on this date March 24, 2000.

Motion To Proceed IFP has not been ruled on , therefore no summons have been issued on Defendants

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk