UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TANENA LOVE,

    Plaintiff,

v.                                     CASE NO. 00-6080-CIV-HURLEY

BARBARA WILLIAMS and
the CITY OF LAUDERHILL,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the court on its own motion. On January 18, 2000, Plaintiff Tanena Love, on behalf of herself, filed a complaint against a police officer of the City of Lauderhill and the city itself. The complaint does not set forth the basis for this court's subject matter jurisdiction, and it must be dismissed for this reason. There are, however, other problems as well. For instance, the complaint does not separately set forth the cause or causes of action for which plaintiff is suing, as required by the Federal Rules of Civil Procedure, and the incident plaintiff complains of may be subject to a statute of limitations, as it occurred (according to plaintiff) almost four years prior to the filing the complaint. See Compl. at ¶ 7. Although all people have the right to represent themselves before a court of the United States, because attorneys can offer an objective and informed perspective of a particular case's strengths and weaknesses, the court encourages but does not require *pro se* parties to obtain legal representation whenever possible. Accordingly, it is hereby

**ORDERED and ADJUDGED**:

1.    Plaintiff's complaint [DE # 1] is **DISMISSED without prejudice**.

2.    Within thirty (30) days of the date of this order, plaintiff may file a first amended

CASE NO. 00-6080-CIV-HURLEY
Order Dismissing Case Without Prejudice

complaint that complies with the Federal Rules of Civil Procedure.

3. Failure to file a timely and proper amended complaint will result in the dismissal of this case *with prejudice.*

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of March, 2000.

Daniel T. K. Hurley
United States District Judge

Copy furnished to:
Tanena Love, pro se  2211 N.W. 55th Terrace, Lauderhill, FL  33313

2