UNITED STATES DISTRICT COURT

TANESHA LOVE
PLAINTIFF

Summons in a Civil Case
Case Number 00-6080
CIV-HURLEY

V.

THE CITY OF [illegible], ETC, ET AL
DEFENDANTS,

## MOTION FOR EXSTINTION

Your Honor, [illegible] to protect. I am asking the courts for an extension, beyond the 30 days already given by a [illegible] & understanding [illegible] being an understanding of this matter I throw myself on the mercy of the court.

Your honor I have spoken to [address?] less than 30 [illegible] in the 30 days you have given me. Civic [illegible] of Miami had an appointment & once there [illegible] my paper. Mr. Green & Greg Durien, gave copy of papers, said they couldn't [illegible] (laugh track) Pompano 954-946-2752 ect.

April 28-00       5·1·41              TANESHA LOVE