UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



TANENA LOVE,

     **Plaintiff,**

v.

**BARBARA WILLIAMS and
the CITY OF LAUDERHILL,**

     **Defendants.**
_____/

CASE NO. 00-6080-CIV-HURLEY



### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the court upon plaintiff's motion for extension of time to file an amended complaint. It is hereby

**ORDERED and ADJUDGED**:

1.    Plaintiff's motion for extension of time [DE # 7] is **GRANTED**.

2.    Within thirty (30) days of the date of this order, plaintiff may file a first amended complaint that complies with the Federal Rules of Civil Procedure.

3.    Failure to file a timely amended complaint will result in the dismissal of this case *with prejudice.*

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of May, 2000.

                                    Daniel T. K. Hurley
                                    United States District Judge

Copy furnished to:
Tanena Love, pro se  2211 N.W. 55th Terrace, Lauderhill, FL  33313