UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



TANENA LOVE,

      Plaintiff,

v.                                  CASE NO. 00-6080-CIV-HURLEY

BARBARA WILLIAMS and
the CITY OF LAUDERHILL,

      Defendants.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the court upon its own motion. On March 31, 2000, the court dismissed plaintiff's complaint without prejudice and granted her thirty days to file an amended complaint. On May 4, 2000, the court granted plaintiff's motion for extension of time to file an amended complaint, providing another thirty days. To date, plaintiff has not filed an amended complaint. Accordingly, it is hereby **ORDERED** and **ADJUDGED**

    1.    This case is **DISMISSED**.

    2.    The Clerk of the Court shall **CLOSE** the case and **TERMINATE** any pending motions [DE #2].

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 12th day of July, 2000.

                                    Daniel T. K. Hurley
                                    United States District Judge

Copy furnished to:
Tanena Love, pro se 2211 N.W. 55th Terrace, Lauderhill, FL 33313